Case: 1:17-cv-02617 Document #: 1 Filed: 04/05/17 Page 1 of 9 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

mc

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Jeanne D Beckman )
)
)
_____, )
)
**Plaintiff(s),** )  17CV2617
) JUDGE GETTLEMAN
vs. ) MAG. JUDGE FINNEGAN
)
Judge David Haracz )
Judge Bridget Mitchell, )
Attorneys from Shapiro Kreisman )
William Barasa )
**Defendant(s).** )

RECEIVED
APR 05 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a **pro se** plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Jeanne Diana Beckman.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Judge David Haracz__, is
(name, badge number if known)

☒ an officer or official employed by __Cook County Circuit Court__
(department or agency of government)
_____or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official acted is __Cook County__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __3/1/17__, at approximately __11__ ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of __Rm 3004,
Daley Center, Chicago, IL__, in the County of __Cook__,
State of Illinois, at __Daley Center room 3004__,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other:
  Refused to allow accommodated access (ADA + 504)
  Conspired with Barsssa + attys from Shapiro Kreisman
  to fraudulently seize my real property without due process
  • mail fraud    denial of due process via threats
  • bank fraud                          of incarceration

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Abuse of process    obstruction

Harass:
Signed off on ~~orders~~ modifying voidable orders of foreclosure

allowing exparte backdated motion to modify orders that violate divorce judgment

allowing judicial sale (4/6/17) ~~for~~ ~~house~~ in violation of divorce judgment

repeated violations of due process, altered documents

& contempt of Law Division consolidation

allowing motions, orders to continue in Chancery

Threatens me with incarceration if I try to speak

4. Attorneys from Shapiro Kreisman, including Balczak + R.Berg, 200 N. LaSalle, Suite 2840, Chicago, IL 60601 Law firm specializing in foreclosure, has previously had over 1700 foreclosure cases halted in 2011 for altered documents

Repeatedly filed documents with clerk of court for default/uncontested hearings (false claim?)

Repeatly failed to serve documents, as sworn in notices (including 3/8 filed in chancery court)

Repeatedly filed backdated documents

* Misrepresented investor + servicer of ~~loan~~, mortgage + note

Note never shown

* on 3/31/17 ocwen ombudsman verified that investor claimed in court documents NOT actual investor

Engage in "gotcha" ~~attempted~~ defaults, calling me on phone saying its canceled (voice mail available)

scheduled fraudulent judicial sale for (4/6/17)

4. Defendant, Bridget Mitchell, a judge in Cook County chancery division

5. Cook County

6. On multiple occasions, including 5/20/15, 4/27/16, 8/3/16, acted to write orders without jurisdiction.

Despite Law Division ordering consolidation, Mitchell continued to allow motions and ex parte communications from attorneys of Shapiro Kreisman

Mitchell was disrespectful regarding my request for hearing disability accommodations and denied me access to defend myself in her court

documents again filed in chancery court on 3/8 which have never been served to me.

Mitchell knowingly allowing orders <u>without</u> <u>jurisdiction</u>

4. William A. Barcsa, ex husband has repeatedly engaged in ID theft, most recently placing North Shore Gas billing in my name for the house he forcibly caused me to abandon via Haracz's threat of sheriff attachment

North Shore gas claims I owe almost $2,000 but wont stop until I can compel the Winnetka police to provide me with their report submitted 11/10/16

Other ID theft: IRS

online hacking: Verizon, multiple credit card accounts, online social accounts + email hosting providers

Barasa pocketing $ supposed to pay mortgage pursuant to divorce, causing house to enter foreclosure,

Conspiring with judge; false statements in orders to ~~sto~~ seize possession of house

Insurance fraud, money laundering

Case: 1:17-cv-02617 Document #: 1 Filed: 04/05/17 Page 7 of 9 PageID #:7

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged)*: Haracz Acted to enforce Head & Master laws, outlawed by SCOTUS Kirchberg v Feenstra. Also violating VAWA, IL gender non-discrimination, 735 ILCS 5/1104 and 720 ILCS 5/17-56.

8. Plaintiff was charged with one or more crimes, specifically: None

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   ☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Whenever I seek an Order of Protection in Cook County courts, they (judges) refer me back to Judge Haracz, who is openly hostile and engages in repeated threats to my personal safety.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

I am homeless, without ability to earn living (profess. office part of house), ruined credit & lack of access to sufficient funds prevents renting home with home office. Sleeping in unheated minivan causing health issues

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

Case: 1:17-cv-02617 Document #: 1 Filed: 04/05/17 Page 9 of 9 PageID #:9

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

And ADA/504 rights

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Jeanne D Beckman

Plaintiff's name *(print clearly or type)*: Jeanne D Beckman

Plaintiff's mailing address: PO Box 516

City Winnetka   State IL   ZIP 60093

Plaintiff's telephone number: (847) 446-1251

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

If yes, please list the cases below.

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5